[Civ. No. 12009. Second Appellate District, Division Two.—October 13, 1938.]

THE PEOPLE, Respondent, v. ONE 1937 BUICK 8 TOURING SEDAN, Defendant; LLOYD K. HILLMAN, Appellant.

No appearance for Appellant.

U. S. Webb, Attorney-General, and Paul McCormick, Deputy Attorney-General, for Respondent.

THE COURT.—This case comes on for hearing on the motion of respondent to dismiss the appeal for failure of appellant to file a transcript or brief.

We find that neither transcript nor brief has been filed and that no appearance has been made by the appellant. The motion is good and it is granted.

Appeal dismissed.